UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MELVIN RUSSELL,

    Defendant.

No. 1:14-cr-02563-PJK-1

VERDICT

WE, THE JURY, find the defendant, Melvin Russell, __guilty__,
(not guilty or guilty)

of aggravated sexual abuse as charged in the superseding indictment.

DATED this __10__ day of May 2018, at Albuquerque, New Mexico.

                                                  Foreperson